## CHARLOTTE DAVID, ADMINISTRATRIX, ETC., OF MOSES DAVID, DECEASED, *versus* JOHN MELDRUM, ADMINISTRATOR, ETC., OF GEORGE MELDRUM, DECEASED

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Appearance *p. 206; (2) continued *p. 264; (3) rule for default judgment *p. 344; (4) rule for judgment rescinded *p. 347; (5) rule for judgment *p. 352.

PAPERS IN FILE: (1) Precipe for process; (2) summons and return; (3) declaration; (4) plea of nil debet and notices; (5) precipe for subpoena; (6) subpoena; (7) copy of bond; (8) memo. of amount of judgment; (9) precipe for execution fi. fa.; (10) writ of fi. fa. and return; (11) money bond.

*1821 Calendar*, MS p. 98. Recorded in *Book B*, MS pp. 190–92.

## JOHN W. HUNTER *versus* THE CORPORATION OF THE CATHOLIC, APOSTOLIC AND ROMAN CHURCH OF ST. ANNE

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Motion to quash habeas corpus *p. 206; (2) motion to quash habeas corpus *p. 244; (3) continued *p. 255; (4) judgment *p. 280.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) plea of non assumpsit; (5) due bill; (6) memo. of indorsement; (7) memo. of members of corporation.

*1821 Calendar*, MS p. 52. Recorded in *Book B*, MS pp. 106–109.